UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
J.K., an infant under the age of 14 years, by his
natural guardian and mother, MAHAWA
KOROMA and MAHAWA KOROMA,

                          Plaintiffs,          Docket 08 Civ. 08982 (KPC)

      -against-                    NOTICE OF APPEARANCE

THE BRONX-LEBANON HOSPITAL CENTER,

                         Defendant.
------------------------------------------------------------------------X

      PLEASE TAKE NOTICE, that the plaintiffs J.K and MAHAWA KOROMA have retained the undersigned as their attorney, who demands that all papers in the above entitled action be served upon the him at the office located at 349 E. 149th Street, Bronx, New York 10451, or in accordance with the appropriate law and court rules.

Dated:  October 24, 2008

                          **IROM, WITTELS, FREUND, BERNE & SERRA, P.C.**

            By:  s/ _____
                  Wesley M. Serra (WS-0466)
                  Attorneys for Plaintiffs
                  OFFICE AND P. O. ADDRESS
                  349 East 149th Street
                  Bronx, New York 10451
                  (718) 665-0220