```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-15-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JK et al.,

                              Plaintiff(s),

         - against -                                    08 Civ. 8982 (PKC)

Bronx Lebanon
                                                        REVISED CIVIL CASE
                                                        MANAGEMENT PLAN AND
                                                        SCHEDULING ORDER

                              Defendant(s).
------------------------------------------------------------x

The Civil Case Management Plan and Scheduling Order is modified as follows:

1. The date in paragraph 5 thereof for the completion of all <u>fact</u> discovery is extended to _Jan 15, 2010_;

2. The date in paragraph 7 thereof for the completion of all <u>expert</u> discovery is extended to _May 15, 2010_;

3. Other directions to the parties: _Matter will be referred to Magistrate Judge Gorenstein for settlement._

4. The conference scheduled for _Nov 6_ is adjourned. The next Case Management Conference [the Final Pretrial Conference] will be held on _Feb 5, 2010_ at _11:45_ am/~~pm~~. Any conference scheduled for a date prior thereto is adjourned.

5. In all other respects the preexisting Civil Case Management Plan and Scheduling Order, except insofar as it may have been previously modified by Order of this Court, remain in full force and effect.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York

10-14-09